IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL S. HAFERMANN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3204 |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | ORDER ON MOTION TO RESTRICT ACCESS |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Restrict Access, ECF No. 4, is granted, and the clerk shall restrict access to the Complaint pursuant to NEGenR 1.3(a)(1)(B)(ii). Plaintiff is cautioned to comply with Fed. R.Civ.P. 5.2(a)(1) for all future pleadings.

Dated October 15, 2012.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge