IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. HAFERMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>    Defendants. | 4:12CV3204<br><br>ORDER ON DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S BRIEF |

  IT IS ORDERED that:

  1. the Defendant's Motion to Extend Time to Respond to Plaintiff's Brief, ECF No. 18, is granted and the defendant shall on or before April 15, 2013, file and serve its response;

  2. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

  3. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

  Dated March 15, 2013.

            BY THE COURT

            _____
            Warren K. Urbom
            United States Senior District Judge