IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. HAFERMANN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY, CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>　　　　　　Defendants. | 4:12CV3204<br><br>**ORDER ON DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF** |

IT IS ORDERED that:

1. the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 21, is granted;

2. the defendant shall on or before May 15, 2013, file and serve its response brief;

3. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated April 17, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_/s/ Warren K. Urbom_____
　　　　　　　　　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　　　　　　　　　United States Senior District Court