IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL S. HAFERMANN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3204 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | ORDER ON PLAINTIFF'S MOTION |
| Commissioner of the Social Security | ) | FOR AN EXTENSION OF TIME TO |
| Administration, | ) | FILE A REPLY BRIEF |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, a pro se party, has filed a motion for an extension of time of thirty days in which to file and serve his reply to the defendant's response.

IT IS ORDERED that Plaintiff's Motion for an Extension of Time to File a Reply Brief, ECF No. 27, is granted and the plaintiff may on or before June 24, 2013, file and serve a reply brief.

Dated May 22, 2013.

BY THE COURT

*/s/ Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge